Print this page

# Case # PD-1661-14

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 01/16/2015 02:41:37 PM |
| Case Number | PD-1661-14 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Denton Lessman |
| Firm Name | Law Office of Denton B Lessman |
| Filed By | Denton Lessman |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Wells Fargo |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 6262715 |
| Order # | 003801074-0 |

## Petition for Discretionary Review

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Petition for Discretionary Review |
| Filing Description | Petition for Discretionary Review |
| Reference Number | |
| Comments | |
| Status | Rejected |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Rejection Information

| Rejection Reason | Time | Rejection Comment |
| --- | --- | --- |
| Other | 01/22/2015 12:29:20 PM | The petition for discretionary review does not contain a copy of the court of appeals opinion. You have ten days to tender a corrected petition for discretionary review. |

## Documents

| | | |
| --- | --- | --- |
| *Lead Document* | pdr.pdf | [Original] |